UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| TRACI PHILLIPS, | ) | Civil Action No. 4:21-cv-02853-BHH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this <u>14th</u> day of December, 2021, upon consideration of the Defendant's Motion to Remand and any response thereto, it is hereby

**ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).[1]

s/Bruce Howe Hendricks
United States District Judg

December 14, 2021
Charleston, South Carolina

---

[1] A separate judgment will be ordered pursuant to the Federal Rules of Civil Procedure, Rule 58.